BURT *et al. vs.* SCRANTOM *et al.*

Where suit is brought against a person in a county other than that in which he resides, he has thirty days within which to answer, exclusive of the day on which the summons is served, and a judgment by default before the expiration of the full time, will be reversed on appeal.

APPEAL from the district court of the ninth judicial district. The facts will be found in the opinion of the court.

Webb *v.* Winter.

*By the Court,* HASTINGS, Ch. J.   This action was commenced
on the 8th day of March A. D. 1851, in Bute county, ninth judi-
cial district, the plaintiffs being residents of this county, and
the defendants residents of Sacramento county.   The summons
was issued on the 10th day of March and was served on the
12th.   The answer was filed on the 14th day of April; and the
term of the court commenced on the 9th day of April.   The
defendants had thirty days after the service, within which to
answer.   The default was taken on the 11th day of April, which
was irregular, as thirty days had not elapsed excluding the day
of service.   A jury was afterwards called, who found a verdict
for plaintiffs, and final judgment was entered accordingly.
These proceedings were also irregular, as the trial could not be
had under the 23d and 27th Rules adopted by the supreme
court for the government of the district courts.   The judgment
is therefore reversed, and the cause remanded for a new trial.